# United States Court of Appeals for the Federal Circuit

**IN RE: CELLECT, LLC,**

*Appellant*

2022-1293, 2022-1294, 2022-1295, 2022-1296

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 90/014,453, 90/014,454, 90/014,455, 90/014,457.

**JUDGMENT**

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

August 28, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court