NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

————————————

**IN RE: CELLECT, LLC,**
*Appellant*

————————————

2022-1293, 2022-1294, 2022-1295, 2022-1296

————————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 90/014,453, 90/014,454, 90/014,455, 90/014,457.

————————————

**ON MOTION**

————————————

Before LOURIE, DYK, and REYNA, *Circuit Judges*.

PER CURIAM.

## O R D E R

Upon consideration of Cellect, LLC's unopposed motion to extend the time to file a petition for rehearing en banc by 30 days, until November 13, 2023,

IT IS ORDERED THAT:

2                                      IN RE: CELLECT, LLC

The motion is granted. Further extensions of time should not be expected.

FOR THE COURT

September 18, 2023                   /s/ Jarrett B. Perlow
        Date                         Jarrett B. Perlow
                                     Clerk of Court