NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**IN RE: CELLECT, LLC,**
*Appellant*

2022-1293, 2022-1294, 2022-1295, 2022-1296

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 90/014,453, 90/014,454, 90/014,455, 90/014,457.

**ON MOTION**

PER CURIAM.

**O R D E R**

On November 22, 2023, American Intellectual Property Law Association moved for leave to file a brief as amicus curiae in support of Cellect, LLC's petition for rehearing en banc.

On November 27, 2023, Pharmaceutical Research and Manufacturers of America moved for leave to file a brief as amicus curiae in support of Cellect, LLC's petition for rehearing en banc.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The amicus curiae briefs and entry of appearance are accepted for filing.

FOR THE COURT

November 28, 2023
Date

Jarrett B. Perlow
Clerk of Court