NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: CELLECT, LLC,**
*Appellant*

---

2022-1293, 2022-1294, 2022-1295, 2022-1296

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 90/014,453, 90/014,454, 90/014,455, 90/014,457.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Inari Agriculture, Inc. moves unopposed for leave to file a brief as amicus curiae in support of Appellee, Katherine K. Vidal's opposition to the petition for rehearing en banc.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The amicus curiae brief and the entry of appearance are accepted for filing.

FOR THE COURT

January 3, 2024
Date

Jarrett B. Perlow
Clerk of Court