# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 7, 2024

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Federal
Circuit
717 Madison Place, NW
Room 401
Washington, DC 20439

Re: Cellect, LLC
v. Katherine K. Vidal, Under Secretary of Commerce for
Intellectual Property and Director, United States Patent and
Trademark Office
No. 23-1231
(Your No. 2022-1293, 2022-1294, 2022-1295, 2022-1296)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk